
RECEIVED CHARLOTTE APR 11 2005 Clerk, U.S. W. D...

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:01:CR04-V |
| | ) | |
| vs. | ) | |
| | ) | **O R D E R** |
| WALTER LEE VINSON, JR. | ) | |

This matter is before the Court upon Motion of the Government requesting that the defendant's sentence be reduced pursuant to Fed. R. Crim. P. 35(b).

The Court finds, for the reasons stated in the Government's motion, that the defendant has provided substantial assistance to the Government through pro-active assistance against two cocaine traffickers since the imposition of his sentence of 240 months imprisonment on February 19, 2002.

IT IS THEREFORE, ORDERED that the defendant's sentence be reduced by ~~forty-eight~~ seventy-two /RV/ ~~(48)~~ 72 /RV/ months to a sentence of one hundred and ~~ninety-eight~~ sixty-eight /RV/ months imprisonment and all other terms and conditions previously imposed will remain the same.

IT IS FURTHER ORDERED that the Clerk certify copies of this Order to the defendant, counsel for the defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

This the _____ day of ~~April~~ May, 2005.

RICHARD L. VOORHEES
UNITED STATES DISTRICT JUDGE