

**Date:** November 7, 2016
**To:** The Honorable Frank D. Whitney, Chief U.S. District Judge
**From:** Christopher R. Barber
**Subject:** Walter Lee Vinson. Jr.
Docket Number: 3:01CR04-01
Request to Travel to the Bahamas

This is in reference to the above-named offender, convicted on 1/30/02 of Conspiracy to Possess With Intent to Distribute and Distribute Cocaine Base, in violation of 21 U.S.C. 846. He was sentenced to a term of 240 months imprisonment followed by 5 years of supervised release with the following Special Conditions: 1) The defendant shall pay a $100.00 Special Assessment Fee (Paid in Full).

The defendant has requested to take a cruise with his family from 4/28/17 until 5/1/17 on the Disney Cruise Line. During the cruise, a port of call will be made in Nassau, Bahamas.

Since his release to supervision on 9/16/14, he has maintained stable employment and a residence plan. All drug screens have been negative and he has not had any conflicts with law enforcement. Based on the defendant's conduct on supervision, it is respectfully recommended that he be allowed to travel.

Thank you for your attention in this matter, and should Your Honor have any questions, please me at 704-350-7654.

{ x } Permission to Travel Approved

{    } Permission to Travel Denied

{    } Other

Signed: November 7, 2016

Frank D. Whitney
Chief United States District Judge